IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER FLACCO, WINTON SINGLETARY | : CIVIL ACTION :  : |
| v. | : NO. 24-4374 : |
| DANIELLE OUTLAW, CHARLES RAMSEY, RICHARD ROSS, JR., KEVIN BETHEL, MICHAEL ZACCAGNI, PEDRO RODRIGUEZ, ALBERT D'ATTILIO, JOHN STANFORD, JR., CANDI JONES, CITY OF PHILADELPHIA | : : : : : : : : |

## AMENDED ORDER[1]

**AND NOW**, this 15th day of July 2025, considering the parties' Joint Motion to stay (ECF 67) leading to today's extended conference with counsel consistent with the parties' obligations to further their good faith settlement negotiations at all stages of the dispute mindful we generally do not stay trial progress to allow settlement discussions but relying upon trial counsels' good faith representations of progress towards resolving the dispute through an agreed available mediator before the parties incur the expense of class certification and other pre-trial obligations due tomorrow and thereafter as we work towards a presently long-scheduled October 7, 2025 trial date (ECF 42) allowing us to find good cause to amend our February 7, March 14, and May 30, 2025 Orders (ECFs 42, 46, 60) as to prospective obligations, it is **ORDERED** we **GRANT in part** the Joint Motion (ECF 67) requiring we **amend** our February 7, March 14, and May 30, 2025 Orders (ECFs 42, 46, 60) to attach counsel for trial beginning **January 5, 2026** consistent with our collective Rule 1 obligations:

---

[1] We amend our July 15, 2025 Order (ECF 69) only to correct the typographical error in paragraphs 9 and 10 (as underlined) arising from the turn into 2026.

1. Plaintiffs' counsel shall file a Notice not exceeding two pages on **July 21, 2025** and every two weeks thereafter until completing the mediation reporting on the mediator selection, confirmed mediation dates, and ongoing progress including reporting a resolution affecting obligations under this Order within three days of the resolution;

2. We reserve the ability to expedite these extended obligations should we find a party not acting in fulsome good faith to meet their promise today of a meaningful extended mediation in the next few weeks to not delay resolution;

3. All fact and expert discovery shall be served, noticed, and completed by **October 28, 2025**;[2]

4. Motions for class certification shall be filed no later than **September 11, 2025**. Responses shall be filed in accord with our Policies by no later than **September 25, 2025**;

5. Motions for decertification, summary judgment, and/or under Fed. R. Evid. 702 shall be filed no later than **November 3, 2025** with responses under our Policies filed no later than **November 17, 2025**;

6. No later than **December 18, 2025**, counsel for each party shall exchange a list identifying each exhibit the party expects to offer at trial along with a reference to the Bates number or other identification of the documents used in discovery to allow the Plaintiffs to prepare one set of exhibits consistent with our Policies;

---

[2] Plaintiffs' counsel represented today Plaintiffs do not need additional discovery for class certification but some discovery relating to damages is needed for trial. We grant both parties more time to complete merits discovery mindful they may (and probably should) set deposition dates and issue written discovery to be confirmed and returnable so as to allow meaningful deposition discovery before the extended discovery close consistent with Paragraph 4 of our February 7, 2025 Order (ECF 42).

7. No later than **December 19, 2025,** each party shall file:

    a. proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories, with an electronic copy e-mailed in Word format to Chambers_of_Judge_Kearney@paed.uscourts.gov.; and,

    b. pretrial memoranda compliant with our Policies then in effect;

8. All motions affecting trial presentations (e.g., *in limine* or bifurcation), proposed *voir dire* peculiar to your case, objections to proposed jury instructions, list of contested exhibits and deposition designations (providing the contested exhibits and highlighted designations to Chambers) shall be filed on or before **December 22, 2025.** Responses, including highlighted counter-designations and objections, if any, shall be filed on or before **December 29, 2025;**

9. A final pretrial conference will be held telephonically on at **8:30 AM** on **January 2, 2026** over a ZoomGov link to be Noticed on the docket as we approach the conference;

10. Counsel is attached for a seven-day jury trial (if necessary based on class claims) beginning on **January 5, 2026** at **9:00 A.M.** in Courtroom 6B; and,

11. Nothing in this Order otherwise affects the parties' remaining obligations under our February 7, 2025, March 14, 2025, and May 30, 2025 Orders (ECFs 42, 46, 60).

                                                              **KEARNEY, J.**