IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **CHRISTOPHER FLACCO and WINTON SINGLETARY,**<br>    **Plaintiffs,**<br>  v.<br><br>**DANIELLE OUTLAW, CHARLES RAMSEY, RICHARD ROSS, JR., JOHN STANFORD, JR., KEVIN BETHEL, MICHAEL ZACCAGNI, PEDRO RODRIGUEZ, ALBERT D'ATTILIO, and CANDI JONES, in their individual capacities, and THE CITY OF PHILADELPHIA,**<br>    **Defendants.** | **Case No. 24-cv-4374-MAK** |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiffs' Class Certification Motion, Defendants' Opposition thereto, and all related documents and submissions, this Court finds Plaintiffs' claims satisfy the prerequisites to be maintained as a class action pursuant to Fed. R. Civ. P. 23, in that:

  1.  The Class members are so numerous their joinder would be impracticable;

  2.  There are questions of law and fact common to Plaintiffs and the Class members;

  3.  Plaintiffs' claims are typical of the claims belonging to the Class members;

  4.  Plaintiffs will fairly and adequately assert and protect the Class members' interests, in that: their attorneys will adequately represent the interests of the Class members and there is no apparent conflict of interest between Named Plaintiffs and the Class members; and

  5.  Allowing this case to proceed as a class action will provide a fair and efficient method for adjudicating this controversy, in that: common questions of law and fact predominate in the resolution of Plaintiffs' claims; no difficulties are likely to be encountered in the

management of this litigation as a class action; failing to certify this action as a class action would create the risk of inconsistent adjudications; no other pending litigation presents the same issues; this forum is particularly appropriate for adjudicating the Class members' claims; and the claims asserted in the Complaint are neither too small to justify the expenses of class-wide litigation nor so substantial as to require the litigation of individual claims.

WHEREFORE, it is ORDERED that:

1. Plaintiffs' Class Certification Motion is GRANTED.

2. This matter will proceed as a class action on behalf of a Class defined to include:

> All PPD Captains, Staff Inspectors, Inspectors, or Chief Inspectors who have performed unpaid emergency work beyond their scheduled hours since September 23, 2013.

3. Plaintiffs will serve as the Class Representatives for this action.

4. Stephan Zouras LLC and Goldshaw Greenblatt Pierce will serve as Class Counsel for this action.

5. Plaintiffs' Class Notice is approved.

6. Within ten days, Defendants will provide Class Counsel with a computer-readable Excel file containing the full name, last-known mailing address, last-known e-mail address, last-known telephone number, and the last four digits of the Social Security number of each Class member to facilitate dissemination of the Class Notice.

Dated: _____     _____
                                                                                    **KEARNEY, J.**