# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER FLACCO, WINTON SINGLETARY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 24-4374** |
| | : | |
| **DANIELLE OUTLAW, CHARLES RAMSEY, RICHARD ROSS, JR., KEVIN BETHEL, MICHAEL ZACCAGNI, PEDRO RODRIGUEZ, ALBERT D'ATTILIO, JOHN STANFORD, JR., CANDI JONES, CITY OF PHILADELPHIA** | : | |

## ORDER

**AND NOW**, this 7th day of November 2025, following extensive consideration of Plaintiffs' Motion for class certification under Rule 23(b)(3) (ECF 75) near the close of discovery, Defendants' Opposition (ECF 77), Plaintiffs' Reply (ECF 80), following extensive oral argument (ECF 79) during which Plaintiffs confirmed the individualized assessments of alleged overtime compensation since 2013 among a requested class of 230 ranking police officers, and as detailed in today's accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion (ECF 75) is **DENIED.**

                                                                       **KEARNEY, J.**